| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

CATRISHA MICKLE, *Individually and on Behalf of All Others Similarly Situated*, §§§§§

Plaintiff, §

*versus* § CIVIL ACTION NO. 1:19-CV-44

SAGORA SENIOR LIVING, INC., §§§

Defendant. §

## ORDER

Defendant's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Original Complaint (#4) is GRANTED. Defendant shall file its answer or other response to Plaintiff's complaint no later than March 14, 2019.

SIGNED at Beaumont, Texas, this 27th day of February, 2019.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE